UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN DIXON-ROLLINS,<br><br>      Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br>   and<br>TRANS UNION, LLC<br>   and<br>ASSOCIATED CREDIT AND<br>COLLECTIVE BUREAU, INC.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 2:09-cv-00646<br>)<br>)<br>)<br>)   Electronically Filed<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE STATEMENT OF DEFENDANT**
**<u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>**

     The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

     1.    Parent Companies: The parent company of Experian is Experian Group Limited.

     2.    Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

          (a)    First American Real Estate Solutions, LLC

          (b)    First American Real Estate Solutions II, LLC

          (c)    Vehicle Title, LLC

          (d)    Central Source LLC

PII-1193784v1

    (e)    Online Data Exchange LLC

    (f)    New Management Services LLC

    (g)    VantageScore Solutions LLC

3.    Publicly Held Companies:  Experian Group Limited owns 100 percent of Experian.  Experian Group Limited is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.

Dated:  March 26, 2009                            Respectfully submitted,

*/s/ Mohammad A. Ghiasuddin*
Mohammad A. Ghiasuddin, Esq. (PA83925)
Kaplin Stewart Meloff Reiter & Stein
Union Meeting Corporate Center
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA  19422-0765
Telephone:  (610) 941-2546
Fax:  (610) 260-1240 (main); (610) 684-2013
E-Mail:  MGhiasuddin@KapLaw.com

Amanda J. Miller, Esq. (PA93492)
Jones Day
One Mellon Center
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2502
Telephone:  (412) 391-3939
Fax:  (412) 394-7959
Email:  ajmiller@jonesday.com
*Pro Hac Vice Pending*

**Counsel for Defendant**
**EXPERIAN INFORMATION**
**SOLUTIONS, INC.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 26, 2009 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF.

                Geoffrey H. Baskerville
                Mark D. Mailman
                Francis & Mailman, P.C.
                Land Title Building, 19th Floor
                100 South Broad Street
                Philadelphia, PA  19110
                Fax:  215-940-8000
                Email:  gbaskerville@consumerlawfirm.com

*Attorneys for Plaintiff*

                Bruce S. Luckman, Esq.
                Christopher N. Jones, Esq.
                Timothy P. Creech, Esq.
                KOGAN TRICHON & WERTHEIMER, P.C.
                1818 Market Street
                30th Floor
                Philadelphia,  PA  19103-3699
                Email:  bluckman@mstkw.com
                Email:  cjones@mstkw.com
                Email:  tcreech@mstkw.com

**Attorneys for Trans Union, LLC**

                /s/ Mohammad A. Ghiasuddin
                Attorney for Defendant Experian
                Information Solutions, Inc.