IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMEN DIXON-ROLLINS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** *et al* | : | NO. 09-0646 |
| | : | |

## ORDER

**AND NOW**, this 19th day of January, 2010, upon consideration of Trans Union LLC's Motion for Summary Judgment (Document No. 41) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

                                                      /Timothy J. Savage
                                                  TIMOTHY J. SAVAGE,  J.