# EXHIBIT A



# <u>Professional Profile</u>

**THE NORTON GROUP was organized by Tomas J. Norton, a Banker with over forty years experience in the financial community.**

**Tomas J. Norton, CFE**

**PRESIDENT**                                              **CURRENT**
**THE NORTON GROUP**
**PRINCETON, NEW JERSEY**

Organized a successful management service firm which provides advisory support **Nation Wide** to the **Banking, Legal, Real Estate, Financial Service communities**, and investigates suspected fraud.

Assignments included:

*   Research and investigation of **a wide variety of irregularities and allegations**, concerning operations, of banking and other financial institutions.  (<u>Over 150 reports filed during the past 8 years.</u>)  **Case Summaries Available.**

*   **Providing Litigation Support and Expert testimony** on various banking and other issues. (Testimony in Federal and State Jurisdictions, Nationally.)

*   Provided **QUALITY CONTROL SERVICE** to several Banks and Mortgage Banking firms doing business in the Secondary Market.

*   **Chief Executive Officer of several Financial Services Firms**, with primary business in all forms of financing.

*   Developing expansion/action plans for merger, acquisition, sale of assets for financial institutions.

*   Management Advisor to several Financial Institutions in developing **Resolution Trust Corporation Acquisition Bid Programs.**

*   Provided **INTERIM MANAGEMENT** for Thrift institutions with major  responsibility for finding an appropriate merger partner while maintaining current market share. (Several assignments).

THE **NORTON** GROUP

* Established several Service Corporation Subsidiaries-
  (Compute Service Construction/Joint Venture, Real Estate Brokerage, etc.)

* Consultant - Chairman of the nation's largest per capita Federal Community Development
  Grant Program.

* Consultant to financial institution in structuring and developing secondary mortgage
  programs to enhance profitability and servicing.


**NEW JERSEY DEPARTMENT OF BANKING**                    **10 Years**
**TRENTON, NJ**

Began career as a bank examiner **generalist** engaging in a range of analytical activities in
evaluating the banking practices and financial soundness of the institutions, thus developing
experience and expertise in all levels of management operations and lending.  Bank management
and asset quality of the institution would then be evaluated in comprehensive reports.

My experience encompasses a wide range of positions in the banking and finance area initially as
a regulator and innovator in creating changes in monetary practices within State government that
had a Nationwide effect, creating liquidity in long term markets in the early 70s during a period
of disintermediation.

There after, as a Chief Executive of several financial institutions, I created innovative marketing
tools and operational changes that were leaders in the financial structure of community banking
in the United States (introducing checking accounts etc.).

Further, as a consultant to the banking industry, I have been retained in a wide variety of
litigation concerning internal and external operations of the banks and financial institutions in
addition to the resolution of many matters prior to formal litigation (trials). During my banking
career I have presided over institutions that were wealthy branded and whose subsidiaries
provided services both internally and externally, thus those providing the liquidity streams and
business opportunities to the total institution.

 This position encompassed a wide variety of duties and responsibilities and later lead to
advancement to a **leadership position in the Department of Banking and Insurance**.

**CHIEF OPERATIONS OFFICER**                                    **4 Years**
**CARTERET SAVINGS BANK**
**NEWARK, NEW JERSEY**

Responsibility for this billion dollar institution included in the **management and operation** of all the major departments. Included in the responsibilities was the state-wide **branch system, lending and deposits** functions in addition to overall direction of the money market activities. Accomplishments include:

* Reorganized investment policies to increase overall yield, thus turning around a negative operating pattern within the portfolio. Prepared Cost justification studies to improve quality of the **marketing programs** to enhance image of institution.

* Analyzed the existing branch system to determine what resources should be applied and in what locations to maximize yield on investments.

* Led study and subsequently **implemented a new computer system** which was fully on-line, integrating a total central file concept.

* Presided at credit and loan committee meetings.


**PRESIDENT AND CEO**                                          **4 Years**
**SAVINGS BANK**
**POUGHKEEPSIE, NEW YORK**

Recruited by the Board of $500 million thrift institution to take over management and provide leadership, which had been drifted under the previous administration.

* **Reorganized the lending and investment concepts,** and instituted strategic planning to maximize return on portfolios.

* Within a two-year period, **decreased expenses** by one third and **increased profitability** by 60%.

* Instituted a **marketing and public image program** changing the bank into an aggressive, service oriented organization.

* Revamped all **cash management** techniques.

* Became the **leader in the industry** by being the first savings organization in the state to offer checking account services to its depositors.

THE **NORTON** GROUP

*  **Successfully negotiated** the purchase of a computer service companyBexpanded capacity by relocating and upgrading hardware and software.  Other financial organizations were then added to a list of clients.

*  Set guide lines, provided direction and over sight to management and personnel operating committees.

*  Introduced a formal personnel program into the organization which significantly **improved morale** and individual productivity.


**EDUCATION**

**SETON HALL UNIVERSITY - B.S.**
Major:  Accounting/Economics
Minor:  English

**Seton Hall University School of Law**

**University of Illinois,**
Executive Program for Business Administration


**TESTIMONY, PUBLIC APPEARANCES, etc.**

**Fairleigh Dickinson University**
Graduate School **Visiting Lecturer**
Subject: AGovernment Supervision of Financial
Institutions@

**Television Commentator/Host**
Business, National and Consumer Affairs Issues

**Recent Media Acknowledgments**
Foxbusiness.com/ Thestreet.com/ Marketwatch.com

**Editor - Norton Notes**
Commentary on current Banking/Legal issues.

**Rutgers University Lecturer**
Subject: AConsumer Services@

**New Jersey Dept. of Banking**
Authored, New Jersey Mortgage Finance Agency legislation.

**New York State - Assembly Committee on Banking**
Hearings on interest rates.

**CHECK FRAUD - A guide to avoiding losses** (editor)
Manual for upgrading personnel in Banks.

 THE **NORTON** GROUP

**BANK DIRECTORS MANUAL**-Supervision & Risk Management, Editor

**United Nations- Panelist-** Human Security Forum

## CURRENT AND FORMER TRADE AFFILIATIONS

**The Association of Certified Fraud Examiners**

**Community Bankers Association of NY** (predecessor)
Member, Public Information Committee
Member, Committee on Urban Affairs

**Community Bankers of America** (predecessor)
Member, Committee in Bank Services

**Community Bankers of New Jersey** (predecessor)

**New Jersey Builders Association**

**New Jersey Realtors Association**

**New Jersey Mortgage Bankers Association**

**Association of Certified Anti-Money Laundering Specialists**
(Professional Member)   Independent Advising Service

5                     THE **NORTON** GROUP

THE **NORTON** GROUP

# Litigation:

With the evolution of more complex society and the more intricate commercial banking transactions, which lead to misunderstanding, misstatements, etc., we have found a great need for *The Forensic Banker*. Several years ago the organization recognized a major need in the Banking area. Since that time, we have provided the required Banking Expertise to the *Legal Community*. This approach tends to expedite the *case management* of many of the complex issues that have surfaced in the banking community.

The explosive growth of litigation in Banking has created the need for information gathering that renders the traditional techniques of deposition and discovery more efficient.

Currently, our *Forensic Banking Practice* includes:
- Pretrial Preparation, as required.
- Investigations.
- Submission of Banking Expert Testimony.

Each of our associates has a degree in their field of banking expertise, with long term operational experience, and in many cases *Senior Executive Level Backgrounds.*

Our associates will carefully review each element of any conflicting factors of circumstance and thoroughly report and evaluate all relevant issues.

## REPORT/CONTENTS (A Partial Listing)

- **Bank Trust Officer and Attorney - estate beneficiaries - conflict of interest**
- **Dispute - Int'l Currency Transfer - Confirmation**
- **Trust Dept. - responsibility dispute electronic verification (Custodial)**
- **Trustees duties and obligations to a Pension Plan (Custodial)**
- **Securitization/Fraudulent Mortgages (Custodial)**
- **Trustee/IRA Distribution Dispute (Custodial)**
- **REMIC - Early Redemption Dispute (Custodial)**
- **False mortgages, false payoffs, false servicing of mortgages (2)**
- **Forged endorsement of checks (3)**
- **Mortgage broker falsified mortgage application (2)**
- **Fraudulent refinance and use of proceeds of delinquent mortgage by the bank**
- **Employee contract dispute**
- **Construction disbursement dispute (2)**
- **Employee embezzled funds by misusing checking account - Secondary lender withdrew funds.**

1
GROUP

 THE **NORTON**

- **Misrepresentation of refinance on a delinquent mortgage**
- **Forged endorsement of check from proceeds of sale of home Secondary financing and unauthorized credits at real estate closing**
- **Attorney misappropriated funds, forged client's name - Bank liability (2)**
- **Counterfeit certification of check**
- **Buyers failure to satisfy mortgage contingency on purchase**
- **Alleged violation of Mortgage Banking Act - Criminal (2)**
- **Vacate Sheriff Sale based on misrepresentation (2)**
- **Wrongful Discharge Dispute (Personnel)**
- **Alleged negligence by Mortgage Lender Safe Deposit Box burglary (2)**
- **Sexual Discrimination of critical employee**
- **Appraiser negligence case**
- **Power of Attorney I Checking / Senior Citizen (2)**
- **Attorney - Forgery/Client Settlement**
- **Misuse of Power of Attorney (2)**
- **Bookkeeper misappropriated checks and forged signatures (8)**
- **Endorsement question/misapplication of fund (2)**
- **Employee Fraud/Endorsements (5)**
- **Secretary-forgery and cashing unauthorized client checks Secretary embezzlement**
- **Stolen checks by clerk in legitimate business, cashed by unknown person**
- **Breach of contract; Multiple Commercial Real Estate Loans; Interest Rate Hedge**
- **ATM Fraud (2)**
- **Check forgery/Business Fraud**
- **Mortgage Foreclosure Defense (4)**
- **Bank Lending/Environmental Related Issues**
- **Misdirected Deposit - Bank Liability**
- **Loan/Factoring - Determination legal Malpractice (2)**
- **Forged Counterfeit "Check" Instrument (2)**
- **Nigerian Wire Transfer Irregularities**
- **Mortgage Closing/Foreclosure - Liability**
- **Credit Report - Liability (4)**
- **Conflict of Interest and Conspiracy**
- **Senior Citizen Fraud - Liability**
- **Insurance cancellation due to lack of Premium Payment - Liability**
- **Employee Checking Fraud (8)**
- **Malicious Prosecution Case**
- **International Wire Fraud**
- **Bank Officer Malfeasance/conflict of interest**
- **Bank Liability Office collusion (Ponzi scheme) to defraud of premium payment**
- **Questionable - Suspicious Activity Report Protocols (2)**

2

GROUP



THE **NORTON**

# LIST OF CLIENTS & COMMENTS

| CASE | ATTORNEY | COMMENT |
|---|---|---|
| Trico Mortgage Co. v. First Central Mortgage Co. et al | Andora, Palmisano & Geaney New Jersey (1998) | Fraudulent mortgages, false servicing of mortgages |
| Alisa Re v. Fox Chase Federal Savings Bank | Eastburn & Gray, P.C. Pennsylvania (1998) | Forged endorsement of checks |
| Henstaw v. Remax/Interstate Mortgage Corp. | Struffalino & Struffalino Massachusetts (1998) | Mortgage broker falsified mortgage application |
| Schwartz/Walden v. NJ National Bank | Sachaarow, Adler, Gold, Taylor & Keyser New Jersey (1998) | MAC machine withdrawals/fraud |
| Independence State Bank v. Mulhearn | Paul Cecere, Esq. New Jersey (1998) | Fraudulent refinance and use of proceeds of delinquent mortgage by the bank |
| Monarch Federal Savings Bank v. Great Western Mortgage Co. | Lowenstein, Sandler, Kohl, Fisher & Boylan New Jersey (1998) | Employee contract dispute/Raiding Employees |
| Ocean View Homes v. United Jersey Bank | Alan J. Taliuaga, Esq. New Jersey (1998) | Construction disbursement dispute |
| Estate of A. Riggs v. Valley National Bank | Paul Ambrose, Esq. New Jersey (1998) | Bank Trust Officer and Attorney - estate beneficiaries - conflict of interest |
| Wissel Construction v. Howard Savings (FDIC) | McElroy, Deutsch & Mulvaney New Jersey (1998) | Bank misrepresented mortgage closing/ to get better rate |
| Interchange State Bank v. United Jersey Bank | Andora, Palmisano & Geaney New Jersey (1998) | Dispute-Int'l Currency Transfer - Confirmation |
| Plastic Reel Corp. Of America v. Columbia Savings Bank | Christopher Koller, Esq. New Jersey (1998) | Employee embezzled funds by Misusing checking account |
| Foremost Mortgage v. Fidelity Bank | Alan Wasserman, Esq. FEDERAL (1998) | Secondary lender withdrew funding |
| Boraski v. Midlantic National Bank | James Kridel, Esq. New Jersey (1998) | Misrepresentation of refinance/ on a delinquent mortgage |

3
GROUP



THE **NORTON**

| CASE | ATTORNEY | COMMENT |
| --- | --- | --- |
| Green v. Midlantic National Bank | Franklyn W. Wyman, Esq. New Jersey (1998) | Forged Check Endorsement |
| Alum Matter/New Jersey Bar Association | Robert Barto, Esq. New Jersey (1998) | Secondary financing and unauthorized credits at real estate closing/ Attorney Malfeasance |
| New Jersey Lawyers Client Protection Fund v. Corestates Bank | Roger Steffens, Esq. New Jersey (1996/1998) | Attorney misappropriated funds- forged clients name- Bank Liability |
| Pine Island v. First Union | Paul Cecere New Jersey (1998/1999) | Bank Liability and forgery |
| City Check Cashing v. Chemical Bank | Gary Cohen, Esq. New Jersey (1998/1999) | Alleged forged certification of check Bank contractual liability |
| Bui v. Eastern Mortgage | Steve Nguyen, Esq. New Jersey (1998/1999) | Buyers failure to satisfy mortgage contingency on purchase of property |
| State of NJ v. Tri-State Mortgage/Casey | Richard Beam, Esq. New Jersey (1999) | Alleged violation of Mortgage Banking Act - Criminal |
| Jet Lag, et al. v. Nat West, et al. | Pecker & Abramson, Esq. New Jersey (1999) | Bookkeeper misappropriated checks and forged signatures |
| Dept. Of Justice FCU v. Stavish | Caplan & Luber, LLP Pennsylvania (1999) | Vacate Sheriff Sale/ based on misrepresentation of lender |
| B.V. Township Fire Co. v. Minitola Bank | Tobin Nielson, Esq. New Jersey (1999) | Bookkeeper misappropriated checks and forged signatures |
| J. Martino v. RTC/Bankers Trust Company, et al. | Pro-Se New Jersey (1999) | Construction loan/foreclosure/ funds, advanced dispute |
| Morin v. Washington Savings Bank, et al. | Arnold Gerst New Jersey (1999/2000) | Wrongful Discharge Dispute (Personnel) |
| Intercostal Mgmt. Corp. v. Violet Lesniak | Fitzgerald New Jersey (1999/2000) | Fraudulent misrepresentation of mortgage disbursements |
| G.E. Capital v. M. Lewis | Available upon request New Jersey (1999) | Alleged negligence by Mortgage Lender |
| Gherman v. Bank of New York | Gary Mason New Jersey (1999/2000) | Safe Deposit Box burglary/ Bank liability |
| Cohen v. On-Bank and Trust Company | Hugo Pfaltz FEDERAL-District Court Newark (1999/2000) | Trust department-authorization dispute Ponzi/Scheme-Bennett Funding |

**4**
GROUP



THE **NORTON**

| CASE | ATTORNEY | COMMENT |
|---|---|---|
| Hackert v. PNC Bank | Wiliz, Williams & Davidson (1998) | Sexual discrimination of clerical employee |
| F.D.I.C v. J.O. Lasser, Inc. | Edwards & Angell New Jersey (1998) | Appraiser negligence case |
| Thompson v. 1st Philadelphia Bank | J. Ullman Pennsylvania (1998) | Power of Attorney/Checking/Senior Citizen Fraud |
| Krysiak v. Hanover Insurance | G. Christopher Bally New Jersey (1998) | Attorney- Forgery/Client Settlement |
| Friaa v. Meridian/Core-states Bank | Duffy & Quinn Pennsylvania (1998) | Safe Deposit Box/ Unauthorized entry |
| Leibe v. Hibernia National | D.M. Hanhart Louisiana (1998) | Misuse of Power of Attorney/ By attorney |
| Springfield Twp. v. Mellon Bank et al. | Michael Kristofco Pennsylvania (1998) Wister, Pearlsteine, | Negligence in a "special endorsement" instructions |
| Staton v. Centura Bank | Available upon request North Carolina (1998) | Power of Attorney misuse/ Bank and attorney negligence |
| United Companies Lending Corp. v. Baldwin | Frank E. Angelastro New Jersey (1998) | Truth in Lending/Foreclosure Defense |
| Springfield Township v. PNC Bank | Michael Kristofco Pennsylvania (2000) Wister, Pearlsteine | Endorsement questions/ Misapplication of funds |
| Catania v. CoreStates | Harry Coleman Pennsylvania (1998/1999) | Returned check-stop payment on check/ False Arrest |
| Black Tiger Co. v. Summit Bank | Greg Milne New Jersey (1998/1999) | Check forgery by employee |
| Goldsman v. Summit Bank et al. | Floyd C. Goldsmam New Jersey (1999) | Secretary-forgery and cashing unauthorized client checks |
| Minerva v. Midlantic, PNC Bank | Harvey J. Jacob New Jersey (1999) | Secretary-embezzlement |
| 54th Street Check Cashing v. Eastern Electric Apparatus Repair Co. | Drinker, Biddle & Reath Pennsylvania   (1999) | Stolen checks by clerk in legitimate business/ cashed by unknown person |
| Windell v. Wells Fargo Bank | Samuel Ferdoes California (1999) | ATM Fraud |



THE **NORTON**

| CASE | ATTORNEY | COMMENT |
|---|---|---|
| Nomura Asset Capital Corp. v. Tower Realty/Charleston Tower LLC & Westbury LLC | Haight, Brown & Bonesteel, LLP  (C. Ritter) Federal District Ct.-California (1999) | Breach of contract; Multiple Commercial Real Estate Loans; Interest Rate Hedge |
| Pension Board of Prichard, et al v. Regions Bank | James Newell Alabama (1999) | Trustees duties and obligations to a Pension Plan |
| Weis v. Waxman | Pearce & Massler New Jersey (1999) | Check forgery/Business fraud |
| Citiscape v. Walsh Securities | Gibson, Dunn & Cruthcher LLP -  (L.Moore, Esq.) New York   (1999/2000) | Securitization/Fraudulent Mortgages |
| U.M. & D.N.J. v. Larson | Katherine Aldridge, Esq. New Jersey  (1999) | Mortgage Foreclosure - Defense |
| Huntington National Bank v. Juanita G. Edens et al. | The Lane Law Firm West Virginia (2000) | Trustee/IRA Distribution Dispute |
| Koribanics v. PNC Bank | Dines & English New Jersey (2000) | Misdirected Deposit |
| McEvoy v. Oritani S.B. | Loweinstein and Sandler New Jersey (2000) | Employee Fraud/ Endorsements |
| A.R.M. Holdings v. Hercules Inc. | Kenneth P. Westreich New Jersey (1999/2000) | Bank Lending & Environmental related issues |
| Biem vs Hirsh v. Manufacturers/Hanover | William J. Courtney New Jersey (2000) | Loan/Factoring - Fraud |
| Federal Insurance Co. v. Mellon Bank | John Gulyas Esq.i 973-360-6200 New Jersey (2003) | Forged Counterfeit "Check" Instrument |
| S. Omeruah v. Citibank | Philip Hudock Esq. Virginia (2000) | Nigerian Wire Transfer Irregularities |
| Hudson United v. Winograd | Richard Seltzer New Jersey (2000) | Mortgage closing/ foreclosure Alleged Fraud |
| Toyota Motor Finance v. Leak - Hart | Paul Doherty New Jersey (2000) | Credit Report - Liability |
| Schuyler Savings Bank v. Perna | Thomas A. Harley New Jersey (2001) | Conflict of Interest and Conspiracy to defraud |
| Di Palma v. Marmara, Kelly and Shrewsbury Bank | Edward V. Muradanian Esq. New Jersey (2001) | Senior Citizen Fraud - Liability |



THE **NORTON**

| CASE | ATTORNEY | COMMENT |
|---|---|---|
| Elam v. Manhattan Nat'l Life Insurance Co. v. Hudson United Bank | Skadden Arps New Jersey (2001) | Insurance cancellation due to lack of premium payment |
| Bayer Corp. v. Summit Bank | Eckert, Seaman Federal District Ct Southern New Jersey (2000) | Counterfeit Check – Forgery * |
| Telesource One Inc. v. First Union Bank v. Morrie Richfield | Raeder and De Respino Pennsylvania  (2001) | Employee Checking Fraud |
| Vicky Dennis v. Espirito Santo Bank | Conroy Sinberg and Gannon Florida  (2001) | Malicious Prosecution Case |
| Nova Hut v. Bankers Trust Co | Ireland Stapleton, Denver Co. (Federal District Court) | International Wire Fraud |
| Atlantic Technical Services matter | Faust Goetz Schenker & Blee New York (2001) | Employee Embezzlement |
| D. Moore v. L. Kotler et al. | Stein, Thyne, Lagrotta, Roper & Twardowsky New Jersey (2001) | Legal Malpractice |
| Providian National v. Otteau Appraisal | Rachael Millstein New Jersey (2001) | Alleged Appraisal Inflation |
| Mountain Temporary Services | Consulting Aspen Colorado (2001) | Fraudulent Checks (counterfeit) |
| Switzer v. First Union Bank | Clifford Kuhn New Jersey (2001) | Negligent Lender Liability |
| Page Mill Assets v. Credit Suisse/First Boston | Charles Jacob Esq. New York (2001) | Evaluation Dispute/REMIC Early Redemption |
| Kyodo Shipping and Trading v. First Union Bank | Carella, Byrne, Bain, Gilfillan, (G. Troublefield) New Jersey (2001) | Bank Liability - Forged Checking Case |
| Dyck O'Neal Inc., Banker's Trust Co. v. Anthony Auditore | Certilman, Balin, Adler, Hyman New York (2002) | RESPA, Reg Z Dispute |
| US (D.O.J.) v. Yacker, Pepsny et al | Jerome Ballaratto, Esq. US District Court - Newark New Jersey (2002) | Conspiracy - Wire Fraud-Mortgage Fraud |

 THE **NORTON**

| CASE | ATTORNEY | COMMENT |
| --- | --- | --- |
| Christos Tzaras v. Evergreen International Spot Trading Inc. et al | Kostelanetx & Fink Atty. US Federal Dist. Court - Southern District of New York (2002) | Consulting - fraudulent wire Instructions. |
| Credit Investors Corp. v. Salomon Smith Barney | Russell Heckler, Esq. New Jersey (2002) | Stock broker - late return item - money market. |
| Sam Prasad et al v. Sun Trust Bank | Krishnan Chittur, Esq. Federal- Eastern District New York (2002) – "JAMS" Alternate Dispute Resolution (Milton Molen (RET)) | Fraud - Ponzi Scheme - Conspiracy-Bank Liability |
| Citizens Bank and Trust Co. v. Joyce K. Brunert et al. | Neil Fogerty, Esq. Hudson County Legal Services New Jersey (2003) | Foreclosure Defense - Predatory Lending |
| Schuyler Savings Bank v. E. Gelenitis | Thomas A. Harley, Esq. New Jersey (2003) | Bank President alleged Malfeasance. |
| China Trust v. Atlantic Steamship | De Orchis & Partners NY Southern Dist. Court of New York (2003) | Admiralty - Bank Due Diligence - Consultation |
| Greve v. Vanguard Fund et al | Daniel K. Simmons, Esq. New Jersey (2003) | Forgery - Bank Negligence |
| Option One v. Central Title Agency, et al | Donald T. Okner, Esq. New Jersey (2003) | Fraudulent Mortgage |
| Breen v. Skylands Community Bank | David Ferman Esq. PLC New Jersey (2003) | Forgery- Stolen Checks |
| Federal Ins. Co (Subrogee) v. Liberty Bank of New York | Heim, Mc Enroe . (Benjamin Spinelli, Esq.) New Jersey (2003) | Employee Forgery |
| Bank of New York v. National Funding | Geoffrey Milne, Esq. Connecticut (2003) | Collusion, Mortgagor & Seller to Inflate property value. |
| Estate of John Barch v. PNC Bank v. Jacklynn Weinstein | Alan R. Zibelman, Esq. Pennsylvania (2003) | Post mortem transactions /Power of Attorney/ Bank Liability |
| Salgado v. Pulaski Savings Bank | Kent and McBride, PC Pennsylvania (2003) | Fair Credit Reporting Act Violation |
| Jamaica Furniture v. Citibank | David Sutton, Esq. (516) 294-8797 New York (2003) | Fraud Detection System failure - Employee forgery |

 THE **NORTON**

| CASE | ATTORNEY | COMMENT |
|---|---|---|
| Aurora Credit Services v. Liberty West Development | James E. Magleby, Esq. Salt Lake City, Utah (2003) | Consultation on FDIC Policy issues-disposition of assets |
| US v. Patrick D. Quinlin Sr. (Mortgage Corp. of America) | Federal Public Defender Detroit, Michigan (2003) | Consultation: Alleged investment fraud running to Hundreds of Millions of Dollars |
| Shrier Brothers v. Harvey Golub et al | Michael J. Stafford, Esq. Federal Dist Court New Jersey (2003) | Stolen Checks, Bank Liability, Fraudulently negotiated |
| Fike Corp. et al v. Bank of America, Fleet Boston et al | Steven Menaker, Esq. New Jersey - Hudson County (2003) | Suspect Transaction -SAR Failure to report Significant Deposits & Fraud Detection Error-Employee Forgery |
| Gel Spice v. Hudson United Bank, et al | Becker, Meisel, Esq. (A. Underwood) New Jersey  (2003) | Fraudulently Negotiated stolen checks - Bank Liability |
| Department of Justice v. Henry Young | W.C. (Pat) Paschal  - US Federal Dist Ct. Greenville, South Carolina (2003) | Alleged conspiracy, wire fraud |
| Lukens v. Dunphy Nissan | Christoper Whallon, Esq. Eastern Dist. - Federal Dist. Court, Pennsylvania (2003) | Alleged FCRA violation negligence |
| Maria Scrivanich v. Glenbrook Life, et al | G.C. Randazzo, Esq. New Jersey (2003) | Unauthorized activity in annuity plan |
| Monmouth Housing Alliance v. Marlboro Twp. | Ken Biedzynski, Esq. New Jersey (2003) | Alleged market diminution dispute |
| Mann Contractors Inc. v. American Community Bank | James, Mc Elroy, & Diehl (704)372-9870 (J. Buric Esq.) North Carolina (2004) | Forged Endorsements  - Misdirected Deposits |
| Touchpak v. Chase Manhattan | Jeffrey Schwartz, Esq. New York (2004) | Corporate Officer exceeding authority |
| Federal Insurance v. Michigan National Bank/Standard Fed. | Katheryn Cushman, Esq. Michigan (2004) | Fictitious payee - third party endorsement |
| Wells Fargo v. Shannahan | William Riback, Esq. New Jersey (2004) | Foreclosure matter - alleged predatory lending. |



THE **NORTON**

| **CASE** | **ATTORNEY** | **COMMENT** |
|---|---|---|
| Anthem Worldwide Lines v. Summit/Fleet Bank | Available on request US District Court  (2004) | Bank "tying of  products" allegation |
| Gillette v. Amboy National Bank | Timothy Hinlicky, Esq. New Jersey (2003/2004) | Bank/lender obligation to developer |
| Certified Data Products v. Fleet National Bank et al. | Levy Ehrilch & Petriello John Petriello Esq New Jersey (2004/2006) | Fraudulent endorsement/ bank procedural violations |
| Empire Financial v. Bank of NY. | Joseph Maccri Delaware (2004) | Bank Liability/ Unauthorized Use of Proprietary Material |
| Certain Underwriters v. Independence Community Bank | Richard Greenstein New Jersey (2004/2005) | Alleged forged checks paid by Depository Bank |
| Liberte Capital Group, LLC, et al v. James A. Capwill, et al | Sullivan & Sullivan US Dist Ct. ND Ohio (2004/2005) | Negligence  "Viatical escrow account" maintenance |
| Yellow Sky Ventures, LLC v. North Star Investment Group, Inc. et al | Rumberger, Kirk & Caldwell US Federal District Court South. District New York (2005) | Contractual dispute- recovery of interest fee on leased funds (International- S.W.I.F.T) |
| Intermed Oncology v. Citibank, FSB | Connolly, Elk & Williams (V. Mancini, Esq.) Illinois (2005) | Employee Embezzlement- Forged Checks-Negligence |
| Magnolia Beef Company v. Diggs and Wachovia Bank | Indik & McNamara, P.C. (M. Indik, Esq.) New Jersey (2005) | Employee forgery and conversion |
| Bruce Wong v. First Union Bank | Daniel Levin, Esq. & Christopher Hayes, Esq. Pennsylvania (2005) | Class Action "Unbranded" ATM machines |
| Phoenix Air Services v. First Bank of Aurora (First Bank) | Charles Crosse, Esq. Colorado (2005) | Bank Negligence- Account Opening |
| Seaboard Surety Co. v. Nova Bank | Michael Kristofco, Esq. Pennsylvania (2005) | Checking Endorsement Warrantee |
| McGonigal v. PNC Bank- Fidelity National Title INS. | Joel Garber, Esq. New Jersey (2005) | Misapplication of loan closing proceeds |

 THE **NORTON**

| CASE | ATTORNEY | COMMENT |
|------|----------|---------|
| Pamrapo Savings Bank v. ABJ Realty | Lowenstein & Sandler New Jersey (2006) | Defense of foreclosure-Payment dispute |
| AVA Acupuncture PC v. JP Morgan Chase Bank | Julia Paskaloff, Esq. New York (2006) | Intercepted checks-Endorsements Forged |
| Johnson v. Fleet Bank (Bank of America) | Howard H. Simms, Esq. New Jersey (2006) | Phishing Fraud Bank Liability |
| Commerce Bancorp, et al. v. Continental Insurance Co. | James M. Andriola Esq. Fed Dist Ct. Camden, New Jersey (2006) | Surety Bond Dispute-Asset Based Lending |
| Morris v. Equifax | John Soumilas, Esq. Federal Dist Ct. Phil. Pennsylvania (2006) | Stolen Identity-FCRA Claim |
| Wachovia v. Sound Imaging | Mark Thompson, Esq. New Jersey (2006) | Forged Documents-Loan Guarantee |
| MSI Claims v. Independence Community Bank | Mound, Cotton, Wollan & Greengrass 212-804-4200 (John Quint, Esq.) Supreme Court of New York (2006) | Misdirected Checks- Bank Liability-Endorsements |
| The Estate of Kenneth Englishman v. Shulman v. Summit/Fleet | Theodore Hilke, Esq. New Jersey (2006) | Attorney malpractice defense |
| Bridgeport Fire Litigation/ Royal Bank | Post and Schell (J. McNulty, Esq.) Pennsylvania (2006) | Bank Liability- Limit on Lending Terms |
| Coronation Sheet Metal v. Kullman Industries v. Interchange Bank | Nord & Demaio (M. Stafford, Esq.) New Jersey (2007) | Bank Liability- Bankruptcy Liquidation- "Constructive Trust" U.S. Government/ State Depart. |
| G. Cipa v. Fox Chase Bank | Mellon, Webster & Shelly (T. Donnelly, Esq.) Pennsylvania (2007) | Contractual Disagreement (Executive Termination) |
| Conlon v. Wells Fargo | Pearce & Fleisig (R. Pearce, Esq.) New Jersey (2007) | Back office negligence- Credit Reporting Error |

 THE **NORTON**

| CASE | ATTORNEY | COMMENT |
|------|----------|---------|
| Mifflin County, et al. v. McKonly Asbury et al v. Juniata Bank | McNees Wallace & Nurick, LLC (K. Giurintano, Esq.) Pennsylvania (2007) | Government Official Embezzlement undetected by Auditors- Bank third party |
| Triester v. PNC Bank | Hall, Lamb and Hall, P.A. (A. Hall, Esq.) Florida (2007) | Bank Liability/ Servicing, Third Party Brokerage- Checking Account/Forgery |
| The Wilsons, et al. v. GE Commercial Insurance, et al. | Norris McLaughlin & Marcus, P.A. (A. Galer, Esq.) New Jersey (2007) | Mortgage Banking Servicing Liability Issues (Insurance) |
| Knight v. Nuddleman | Francis and Mailman (G. Baskerville, Esq.) New Jersey (2008) | Reporting Error- Credit Denial |
| Pass Sklar v. Union Planters/ Regions Bank | Hall, Lamb and Hall, P.A. (A. Lamb, Esq.) Florida (2008) | Office Manager Fraud/ Forgery/ Misdirected Deposits |
| U.S.A. v. Philip Rechnitzer et al. | US Federal District Court Northern District NY (G. Baird, Esq.) New York (2008) | Alleged Conspiracy on Prepaid Fee for Major International Loan Fraud |
| Adam's Enterprises v. Sovereign Bank | Olenn & Penza (M. DeMagistris, Esq.) Massachusetts (2008) | ATM- Depository Procedures |
| Estate of Michael v. Thomas, et al. | De Marrais & Schandler (M. De Marrais, Esq.) New Jersey (2008) | Elderly Financial Abuse |
| VIP Mortgage v. Sovereign & Bank of America | Bradford Eliot Keene, PC (A. Teixeira, Esq.) Massachusetts (2008) | Corporate Identity Theft by trusted officer of corporation |
| Claudy v. Wachovia Bank, NA, and Deluxe Financial Services Corp. | Ferrara, Turitz, Harraka & Goldberg (D. Harraka, Esq.) New Jersey (2008) | Identity Theft- Alleged Bank Negligence |



THE **NORTON**

| **CASE** | **ATTORNEY** | **COMMENT** |
|---|---|---|
| Yardville National Bank v. Hickory Corners LLC | Avolio & Hanlon, PC (P. Sheehan, Esq.) New Jersey (2009) | Commercial Property Foreclosure Problems/ Defense. Plaintiff Bank Liability Issues |
| Pro Mach Industries v. National City Bank | Roetzel & Andress (J. Casto, Esq.) Ohio 2009 | Commercial reasonableness- Security measures by bank- Use Of ACH- Electronic banking transactions |
| US Bank National Association v. Podes, et al. | Nagel Rice, LLP (D. Sammons, Esq.) New Jersey (2009) | Breach of obligation of Trustee Bank to bondholders prior to default. |
| Joseph Ventresca/ Veneesa Construction Company Inc. v. Commerce Bank | Polino & Pinto, PC (J. Pinto, Esq.) New Jersey (2009) | Embezzlement- Unauthorized checks Issue |
| Poddar et al v. State Bank of India | Sharma & DeYoung LLP (N. DeYoung, Esq.) NY Fed. Southern Dist. (2009) | Class action- bank warrants/ Availability of funds |
| 300 Broadway Health Care v. Wachovia/ PNC/ Commerce Bank | Frederick Biehl, Esq. New Jersey (2009) | Internal Fraud and Forgery Bank Liability |
| Ki Jun Sung v. Navy FCU | David Chung, Esq. District of Columbia (2009) | Violation of HELOC – Termination |

 THE **NORTON**

**CASE**            **ATTORNEY**            **COMMENT**

THE **NORTON**