IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMEN DIXON-ROLLINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC, et al, | : | NO.  09-646 |

O R D E R

AND NOW, this 5th  day of February, 2010,  the above-captioned  matter having been referred to me by the Honorable Timothy J. Savage for settlement discussions, it is hereby **ORDERED** that:

I will hold a settlement conference on Tuesday, February 9, 2010 at 1:00 p.m. in **Courtroom 3I, Third Floor**,  **U.S. Courthouse,  601 Market Street**, Philadelphia, PA  19106. All counsel and parties are to report to the call box for L. Felipe Restrepo, USMJ, before going to the courtroom.

Trial counsel shall appear and bring with them all persons whose consent may be necessary to settle this case.  **ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS.**  Persons present must have full and unlimited settlement authority and may not confer by telephone with anyone to seek additional authority.

Counsel shall attach to the Settlement Conference Summary copies of any and all expert reports, **relevant to damages and liability**, counsel expects to rely on at trial.  **Counsel will make it clear as to whether these reports will have been provided to opposing counsel prior to the settlement conference.**

Counsel are further directed to complete the enclosed Settlement Conference Summary to be delivered to chambers **(or faxed at 267-514-2444, Room 3038 U.S. Courthouse,  601 Market Street, Philadelphia, PA  19106)** on or before **Monday, February 8, 2010**.

BY THE COURT:


 **/s/ L. FELIPE RESTREPO**
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE

## SETTLEMENT CONFERENCE SUMMARY

**CAPTION: CARMEN DIXON-ROLLINS v. TRANS UNION, LLC., C.A. #09-646,**

**DISTRICT COURT JUDGE: TIMOTHY J. SAVAGE**

**JURY / NONJURY**

**(Circle One)**

**TRIAL/POOL DATE:**

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

**Name:** _____

**Address:** _____

**Phone:** _____

**CLIENT REPRESENTATIVE ATTENDING SETTLEMENT CONFERENCE;**

**Name:** _____

**Title/Relationship to Party:** _____

**MOTIONS PENDING:**

_____

_____

_____

**OTHER RELEVANT MATTERS:**

_____

_____

_____

**PRIOR OFFERS / DEMANDS:**

_____

_____

**ATTACH SYNOPSIS OF CASE (LIMITED TO ONE PAGE)**

**PLAINTIFF'S SYNOPSIS <u>MUST</u> INCLUDE AN ITEMIZED ESTIMATE OF DAMAGES FOR SETTLEMENT PURPOSES**