**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CARMEN DIXON-ROLLINS** )<br>)<br>         **Plaintiff,** )<br>    vs. )<br>)<br>**TRANS UNION, LLC** )<br>)<br>         **Defendant.** )<br>) | **Civil Action No. 09-646** |

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

We the jury, in the above-captioned matter, unanimously find as follows:

## PART A -- LIABILITY

**(1)** _____**We find in favor of Plaintiff Carmen Dixon-Rollins.**

**(2)** _____**We find in favor of Defendant Trans Union, LLC.**

(Complete Part B, below, only of you found in favor of Plaintiff Carmen Dixon-Rollins, above).

## PART B -- DAMAGES

**(1)**   We assess  $_____**in actual damages.**

**(2)**    We assess  $_____**in punitive damages.**

Date:_____                                    _____
                                                                    Jury Foreperson Signature

On behalf of Plaintiff Carmen Dixon-Rollins, this Proposed Jury Verdict Form is respectfully submitted by,

        **FRANCIS & MAILMAN, P.C.**

BY:    */s/ John Soumilas*
       JOHN SOUMILAS
       Land Title Building, 19th Floor
       100 South Broad Street
       Philadelphia, PA 19110
       (215) 735-8600

Dated: February 19, 2010

## CERTIFICATE OF SERVICE

I, John Soumilas, hereby certify that, on this date, I caused a true and correct copy of Plaintiff's Proposed Jury Verdict Form to be served by way of ECF notification, upon the following:

Bruce S. Luckman, Esquire
Christopher N. Jones, Esquire
Timothy P. Creech, Esquire
Kogan, Trichon & Wertheimer, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA  19103

**FRANCIS & MAILMAN, P.C.**

BY: _/s/ John Soumilas_
JOHN SOUMILAS
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

DATED: February 19, 2010          Attorneys for Plaintiff