**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARMEN DIXON-ROLLINS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS,** | : | **NO.  09-0646** |
| **INC.,** *et al* | : | |

## ORDER

     **AND NOW**, this 2nd day of March, 2010, upon consideration of Trans Union, LLC's

Motion *In Limine* (Document No. 68) and the lack of any response, it is **ORDERED** that the

motion is **GRANTED**.[1]

 

     /s/ Timothy J. Savage
     TIMOTHY J. SAVAGE,  J.

---

[1] Because the plaintiff has failed to file a response within fourteen days of the filing of the defendant's motion, the motion is granted as uncontested pursuant to Local Rule of Civil Procedure 7.1(c).