IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN DIXON-ROLLINS | : CIVIL ACTION |
| v. | : |
| TRANS UNION, LLC | : NO. 09-0646 |

**FILED**
MAR - 9 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JURY VERDICT

### Question No. 1.

Did Trans Union fail to conduct a reasonable investigation of Ms. Rollins' dispute and to correct any inaccurate information on her credit report?

Yes ✓    No ____

If your answer is "no," your deliberations are concluded and you should so advise the marshal. If your answer is "yes," proceed to Question No. 2.

### Question No. 2.

Was Trans Union's failure to conduct a reasonable investigation of Ms. Rollins' dispute and to correct inaccurate information in her credit report a substantial factor in bringing about injury to Ms. Rollins?

Yes ✓    No ____

If your answer is "no," proceed to Question No. 4. If your answer is "yes," proceed to Question No. 3.

### Question No. 3.

What amount, if any, of actual damages did Ms. Rollins suffer?

$ 30,000

Proceed to Question No. 4.

## Question No. 4.

Was Trans Union's failure to conduct a reasonable investigation and to correct the inaccurate information wilful?

Yes __✓__   No _____

If your answer is "no," your deliberations are concluded and you should so advise the marshal. If your answer is "yes," proceed to Question No. 5.

## Question No. 5.

What amount, if any, of punitive damages do you award Ms. Rollins?

$ __300,000__

Advise the marshal that your deliberations are concluded.

Date: __3/08/10__    _____
                      FOREPERSON